IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARRIS COUNTY DEPARTMENT OF EDUCATION, <br><br> Plaintiff, <br><br> VS. <br><br> HARRIS COUNTY, TEXAS, *et al.*, <br><br> Defendants, <br><br> HARRIS COUNTY DEMOCRATIC PARTY, *et al.*, <br><br> Intervenors. | CIVIL ACTION NO. H-12-2190 |

## ORDER OF DISMISSAL

Based on the Memorandum and Opinion issued this date, this case is dismissed.

SIGNED on September 6, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge