IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARRIS COUNTY DEPARTMENT OF EDUCATION | § § | |
| Plaintiff, | § § | |
| VS. | § § § | CIVIL ACTION NO. H-12-2190 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants, | § § § | |
| HARRIS COUNTY DEMOCRATIC PARTY, *et al.*, | § § § | |
| Intervenors. | § | |

## ORDER OF DISMISSAL

Based on the Memorandum and Opinion issued this date, this case is dismissed.

SIGNED on September 6, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge